```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
LATERAL RECOVERY LLC, BENCHMARK
BUILDERS, INC., FTE NETWORKS,
INC., JUS-COM LLC, AND FOCUS                ORDER
WIRELESS, LLC,
                                       22 Civ. 8568 (NRB)
              Plaintiffs,

         - against –

YES CAPITAL GROUP, LLC, EOM
ADVANCE LLC, AND BEREL
WEINBERGER,

              Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS ECF Rule No. 13.21 and Fed. R. Civ. P. 5(d)(1) provide that discovery related requests must not be filed until they are used in the proceeding or the court orders filing; and

WHEREAS defendant filed several discovery related requests at ECF Nos. 23-28; it is hereby

**ORDERED** that the Clerk of the Court should strike ECF Nos. 23-28 from the docket and no further discovery related requests should be filed on the docket.

**SO ORDERED.**

Dated:   New York, New York
         January 6, 2023

```
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
```