```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LATERAL RECOVERY LLC, BENCHMARK BUILDERS,
INC., FTE NETWORKS, INC., JUS-COM LLC,
AND FOCUS WIRELESS, LLC,

                    Plaintiffs,                    ORDER

        - against -                                22 Civ. 8568 (NRB)

YES CAPITAL GROUP, LLC, EOM ADVANCE LLC,
AND BEREL WEINBERGER,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:  New York, New York
        December 12, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE